(March 25, 2010)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. CARMAN, on Behalf of SUSAN WILLIAMS, Petitioner, v SHERIFF, NASSAU COUNTY JAIL, Respondent. [897 NYS2d 639]—Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County docket No. 2010NA005909.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of partially reducing bail on Nassau County docket No. 2010NA005909 to the sum of $500,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative, on condition that the relator surrender her passport to the Nassau County District Attorney. Prudenti, P.J., Fisher, Roman and Sgroi, JJ., concur.